said officer. The portable radio in and of itself was not a material and deciding factor in the case at bar. The complainant identified the radio as "her radio," and defendant made no attempt to distinguish or identify the radio. In *People v. Flournoy* (1971), 1 Ill.App.3d 918, this court held that the destruction by the State of certain physical evidence did not deny the defendant due process of law where the materiality of the evidence was not demonstrated by the defendant. In the instant case, testimony proved the defendant guilty beyond a reasonable doubt, and the physical evidence would have only increased the evidence against him.

For the reasons stated herein, the judgment of the Circuit Court of Cook County is affirmed.

Affirmed.

ADESKO, P. J., and BURMAN, J., concur.

GLADYS WHITE, Plaintiff-Appellant, *v.* CHECKER TAXI COMPANY, INC., Defendant-Appellee.

(No. 57519;

First District (3rd Division)—February 14, 1974.

Opinion by Mr. JUSTICE McGLOON.

Robert Q. Hoyt, of Chicago, for appellant.

Jesmer and Harris, of Chicago, for appellee.